Estate of Mary Ann Graff, deceased.   Appeal of Commonwealth of Pennsylvania.

Argued Jan. 20, 1899.   Appeal, No. 392, Jan. T., 1898, by the commonwealth of Pennsylvania, from decree of O. C. Phila. Co., July T., 1898, No. 216, dismissing exceptions to adjudication. Before STERRETT, C. J., GREEN, WILLIAMS, McCOLLUM, MITCHELL, DEAN and FELL, JJ.   Affirmed.

*Francis A. Osbourn, John C. Grady, John P. Elkin* and *Henry C. McCormick,* attorney general, for appellant.

*Joseph R. Rhoads* and *Charles Wetherill,* for appellee.

OPINION BY MR. CHIEF JUSTICE STERRETT, April 24, 1899:
This appeal was heard and considered with No. 390, January term, 1898, Estate of Marmaduke C. Cope, deceased, in which an opinion, affirming the decree of the court below, has just been filed, ante, p. 1.   Both cases involve substantially the same questions; and, for reasons given at length in the opinion referred to, the decree in this case is also affirmed and appeal dismissed at appellant's costs.